UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 05-cr-00141-MSK

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1. LEE ARTHUR THOMPSON, a/k/a "LT,"
2. ALVIN HUTCHINSON, a/k/a "BIG AL,"
3. JORGE BANUELOS,
4. **CECILIA LOZANO,**
5. DENISE GUTIERREZ,
6. KENNETH PRIEN, a/k/a "KENNY,"
7. RONALD DEAN DEHERRERA, a/k/a "DINO,"
8. WILLIAM L. GLADNEY, a/k/a "L,"
9. STEVEN LAMONT ELLIS,
10. JUNIOR RAY MONTOYA, a/k/a "JR. RAY,"
11. JESSICA CRUTHERS,
12. PAUL ROSE, JR.,
13. DAVID ZAMORA, and
14. STEVE ZAMORA,

        Defendants.

_____

**ORDER AND NOTICE OF HEARING ON LAW AND MOTION CALENDAR**
_____

The following matter is set for a non-evidentiary hearing on the law and motion calendar of Judge Marcia S. Krieger to be held on **February 23, 2006 at 4:00 p.m.** in the United States District Court for the District of Colorado, Courtroom A901, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado.

The parties shall be prepared to address Defendant Cecilia Lozano's Motion to File Motions Out of Time **(#439)** and Motion to Leave Discovery Materials with Defendant **(#441)**.

Counsel shall *bring their calendars.*

DATED this 13th day of February 2006.

                                      **BY THE COURT:**

                                      *[signature]*

                                      Marcia S. Krieger
                                      United States District Judge