UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 05-cr-00141-MSK

UNITED STATES OF AMERICA,

       Plaintiff,

v.

1. LEE ARTHUR THOMPSON, a/k/a "LT,"
2. ALVIN HUTCHINSON, a/k/a "BIG AL,"
3. JORGE BANUELOS,
4. **CECILIA LOZANO,**
5. DENISE GUTIERREZ,
6. KENNETH PRIEN, a/k/a "KENNY,"
7. RONALD DEAN DEHERRERA, a/k/a "DINO,"
8. WILLIAM L. GLADNEY, a/k/a "L,"
9. STEVEN LAMONT ELLIS,
10. JUNIOR RAY MONTOYA, a/k/a "JR. RAY,"
11. JESSICA CRUTHERS,
12. PAUL ROSE, JR.,
13. DAVID ZAMORA,
14. STEVE ZAMORA, and
15. MILTON A. YON,

       Defendants.

---

**ORDER AND NOTICE OF HEARING ON LAW AND MOTION CALENDAR**

---

The following matter is set for hearing on the law and motion calendar of Judge Marcia S. Krieger to be held on **March 23, 2006 at 10:00 a.m.** in the United States District Court for the District of Colorado, Courtroom A901, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado. The matter is set for a non-evidentiary hearing of not more than 15 minutes. Counsel shall *bring their calendars.* The parties shall be prepared to address any motions filed

by Defendant Lozano's former and current counsel which remain pending.

Any Defendant, other than Ms. Lozano, who does not desire to attend the hearing may file a written Notice waiving such right on or before **March 21, 2006** at **5:00 p.m.**  Please provide a courtesy copy of such waiver to the Chambers e-mail account with the hearing date specified in the subject.

DATED this 10th day of March 2006.

**BY THE COURT:**

*/s/ Marcia S. Krieger*

Marcia S. Krieger
United States District Judge