UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 05-cr-00141-MSK

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. LEE ARTHUR THOMPSON, a/k/a "LT,"
2. ALVIN HUTCHINSON, a/k/a "BIG AL,"
3. JORGE BANUELOS,
4. **CECILIA LOZANO,**
5. DENISE GUTIERREZ,
6. KENNETH PRIEN, a/k/a "KENNY,"
7. RONALD DEAN DEHERRERA, a/k/a "DINO,"
8. WILLIAM L. GLADNEY, a/k/a "L,"
9. STEVEN LAMONT ELLIS,
10. JUNIOR RAY MONTOYA, a/k/a "JR. RAY,"
11. JESSICA CRUTHERS,
12. PAUL ROSE, JR.,
13. DAVID ZAMORA,
14. STEVE ZAMORA, and
15. MILTON A. YON,

    Defendants.

___

**ORDER**
___

THIS MATTER came before the Court on Defendant Lozano's Motion for Substitute Counsel to Appear at May 1, 2006 Hearing **(#573)**. The Court, being advised in the premises hereby deems the motion GRANTED and shall permit Lee Foreman to appear in lieu of Pamela Mackey at the severance hearing set in this matter for May 1, 2006 at 1:30 p.m.

SO ORDERED this 25th day of April, 2006.

BY THE COURT:

_____

Marcia S. Krieger
United States District Judge