UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 05-cr-00141-MSK

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1. LEE ARTHUR THOMPSON, a/k/a "LT,"
2. ALVIN HUTCHINSON, a/k/a "BIG AL,"
3. JORGE BANUELOS,
4. **CECILIA LOZANO,**
5. DENISE GUTIERREZ,
6. KENNETH PRIEN, a/k/a "KENNY,"
7. RONALD DEAN DEHERRERA, a/k/a "DINO,"
8. WILLIAM L. GLADNEY, a/k/a "L,"
9. STEVEN LAMONT ELLIS,
10. JUNIOR RAY MONTOYA, a/k/a "JR. RAY,"
11. JESSICA CRUTHERS,
12. PAUL ROSE, JR.,
13. DAVID ZAMORA,
14. STEVE ZAMORA, and
15. MILTON A. YON,

        Defendants.

---

**ORDER GRANTING MOTION FOR SUBSTITUTE COUNSEL
TO APPEAR AT PRETRIAL CONFERENCE**

---

THIS MATTER comes before the Court on Defendant Lozano's Motion for Substitute Counsel to Appear at Pretrial Conference. The Court, being advised in the premises, hereby **GRANTS** the Motion **(#674)**. Gregory Daniels may appear in lieu of Pamela Mackey at the

1

pretrial conference set in this matter for June 7, 2006.

Dated this 5th day of June, 2006

                                      **BY THE COURT:**

Marcia S. Krieger
United States District Judge