UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 05-cr-00141-MSK

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1. LEE ARTHUR THOMPSON, a/k/a "LT,"
2. ALVIN HUTCHINSON, a/k/a "BIG AL,"
3. JORGE BANUELOS,
4. **CECILIA LOZANO,**
5. DENISE GUTIERREZ,
6. KENNETH PRIEN, a/k/a "KENNY,"
7. RONALD DEAN DEHERRERA, a/k/a "DINO,"
8. WILLIAM L. GLADNEY, a/k/a "L,"
9. STEVEN LAMONT ELLIS,
10. JUNIOR RAY MONTOYA, a/k/a "JR. RAY,"
11. JESSICA CRUTHERS,
12. PAUL ROSE, JR.,
13. DAVID ZAMORA,
14. STEVE ZAMORA, and
15. MILTON A. YON,

        Defendants.

## ORDER GRANTING MOTION FOR SUBSTITUTE COUNSEL TO APPEAR AT COMMENCEMENT OF TRIAL

THIS MATTER comes before the Court on Defendant Cecilia Lozano's Motion for Substitute Counsel to Appear at Commencement of Trial. The Court, being duly advised in the premises, hereby **GRANTS** the motion **(#724)**. Gregory Daniels may appear in lieu of Pamela

Robillard Mackey at the commencement of trial.

Dated this 12th day of June, 2006

                              **BY THE COURT:**

                              */s/ Marcia S. Krieger*

                              Marcia S. Krieger
                              United States District Judge